UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN DARBY MCDONALD,

                Plaintiff,

   v.

SARA KARIKO, et al.,

                Defendants,

CASE NO. C19-1998-RSL-MAT

ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

      Plaintiff filed a Motion for Substitution of Counsel, seeking the withdrawal of counsel and to proceed pro se. (Dkt. 31.) Defendants do not oppose the motion. (Dkt. 32.) Having considered the request and finding it compliant with LCR 83.2(b)(1), the Court herein GRANTS plaintiff's motion. (Dkt. 31.) The Clerk is directed to send a copy of this Order to the parties and to the Honorable Robert S. Lasnik.

      DATED this 10th day of July, 2020.

                                            Mary Alice Theiler
                                            United States Magistrate Judge

ORDER
PAGE - 1