UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN DARBY MCDONALD, | |
| Plaintiff, | CASE NO. C19-1998-RSL-MAT |
| v. | |
| SARA KARIKO, et al., | ORDER |
| Defendants. | |

The Court, having reviewed plaintiff's motion for preliminary injunction (Dkt. 41), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for Preliminary Injunction (Dkt. 41) is DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 17th day of February, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER
PAGE - 1