# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| STEVEN DARBY MCDONALD, | |
|---|---|
| Plaintiff, | Case No. C19-01998-RSL-SKV |
| v. | MINUTE ORDER |
| SARA KARIKO, et al., | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

The Clerk is directed to provide Plaintiff with a copy of the Docket Sheet in this matter.

Dated this 26th day of May, 2021.

William M. McCool
Clerk of Court

By: s/ Kadya Peters
Deputy Clerk

MINUTE ORDER - 1