1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN DARBY MCDONALD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SARA KARIKO, et al.,<br><br>　　　　　　Defendants. | Case No. C19-01998-RSL-SKV<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)　　The Court ADOPTS the Report and Recommendation.

(2)　　Plaintiff's Second Motion for a Preliminary Injunction (Dkt. 78), Plaintiff's Motion to Hold Law Librarian in Contempt of Court (Dkt. 93), Plaintiff's Motion/Request for Some Time to Have his Appendix Section Returned (Dkt. 94), and Plaintiff's Motion/Request to Comply with Counsel's Demand to Produce "Proof" of Wrongdoing Under Rule 34 (Dkt. 96), are DENIED.

(3)　　The matter is re-referred to the Hon. S. Kate Vaughan for further proceedings.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 19th day of July, 2021.

ROBERT S. LASNIK
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2